IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRYL HASLETT, | ) |
|           Plaintiff, | ) ) ) |
| vs. | )   Case No. 3:24-cv-1403-RJD |
| MICHAEL DAVIDSON, | ) ) ) ) |
|           Defendant. | ) |

**90-DAY ORDER**

**DALY, Magistrate Judge:**[1]

The parties have informed the Court that they have settled this case, but they need additional time to finalize the settlement documents. Doc. 53.

Defense counsel is DIRECTED to forward a proposed Settlement Agreement to Plaintiff within 30 days from the date of this Order. Defense counsel is further directed to file a status report within 60 days from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to the CMS for payment. Once the Settlement Agreement has been fully executed and submitted to the CMS for payment, this case will be dismissed with prejudice (unless Plaintiff or Defendant files a motion requesting otherwise).

No later than 90 days from the date of this Order, the Clerk of Court is directed to enter judgment dismissing this action with prejudice and without costs. The parties are advised that the 90-day period to finalize settlement will not be extended absent exceptional circumstances (and only upon motion by a party). Due to the settlement, the Court VACATES all deadlines and settings.

---

[1] This case has been assigned to the undersigned to conduct all proceedings, including trial and entry of final judgment, through the parties' full consent in accordance with the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73. Doc. 41.

2

**IT IS SO ORDERED.**

**DATED:  December 11, 2025**

                                                   *s/ Reona J. Daly*
                                                   **Hon. Reona J. Daly**
                                                   **United States Magistrate Judge**